59 A.3d 576

IN THE MATTER OF MARK G. YATES, AN ATTORNEY AT LAW (ATTORNEY NO. 022361980).

January 29, 2013.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **MARK G. YATES of FLEMINGTON,** who was admitted to the bar of this State in 1980, and who was suspended from the practice of law for a period of three months effective October 26, 2012, by Order of this Court filed September 26, 2012, be restored to the practice of law, effective immediately.